**\*E-FILED\***
**May 11, 2006**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEST VALLEY CONSTRUCTION COMPANY, INC., | No. C 05-03839 RS |
| Plaintiff, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the Case Management Conference set for May 17, 2006. The parties are required to file a stipulation of dismissal by **July 12, 2006**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 19, 2006 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: May 11, 2006

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Bradley D. Bosomworth, Esq.
Email: bbosomw@smwb.com

**Counsel for Defendant(s)**

Gina M. Guiley, Esq.
Email: gina.guiley@mccurdylawers.com

Bridget K. Moorhead, Esq.
Email: bkmoorhead@duanemorris.com

Dated: May 11, 2006

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg